FARRELL, Respondent, v. HAEGER, Appellant. FLIEGMAN, Respondent, v. MENDEL, Appellant. (Common Pleas of New York City and County, Additional General Term. December 27, 1895.) Actions by William A. Farrell against Anna C. Haeger, and by Sigmund Fliegman against Samuel Mendel. Jacob Fromme, for appellant Haeger. Mashbir & Cukor, for appellant Mendel. James C. De La Mare, for respondent Farrell. Morris H. Gotlieb. for respondent Fliegman.

PER CURIAM. The appeal in these cases brings up for review questions of fact only. The judgment in both cases seems to be supported by evidence, and, although the evidence was contradicted by the respective defendants, it was peculiarly the province of the court having the witnesses before it to determine the credibility of the witnesses and the weight to be given to their testimony. The judgment in each case should be affirmed, with costs to respondent.

FARRELL, Respondent, v. MANHATTAN RY. Co. et al., Appellants. (Supreme Court, General Term, First Department. December 18, 1895.) Action by Edward D. Farrell against Manhattan Railway Company and others. E. A. Tuttle, for appellants. L. C. Dessar, for respondent. No opinion. Judgment modified by reducing the fee damage to $6,500 and the allowance to $400, and, as modified, affirmed, without costs.

FIRST NAT. BANK OF BALLSTON SPA v. CAROLINA OIL & CREOSOTE CO. et al. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by the First National Bank of Ballston Spa against the Carolina Oil & Creosote Company and others. No opinion. Judgment affirmed with costs.

FIRST NAT. BANK OF PATERSON, Appellant, v. TUTTLE, Respondent. (Superior Court of New York City, General Term. December 18, 1895.) Action by First National Bank of Paterson, N. J., against Seth M. Tuttle, as alleged substituted trustee, impleaded. Preston Stevenson, for appellant. Wells, Waldo & Snedeker (G. E. Waldo, of counsel), for respondent.

PER CURIAM. The order should be affirmed, with $10 costs and disbursements.

FIRST NAT. BANK OF PERRY, Respondent, v. PERRY SALT CO. et al., Appellants. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by the First National Bank of Perry against Perry Salt Company and Joseph C. Cole, as receiver. No opinion. Judgment affirmed, with costs.

FOSTER, Respondent, v. HOOKER et al., Appellants. (Superior Court of New York City, General Term. December 23, 1895.) Action by Daniel Foster against Walter W. Hooker. Abram F. Servin, for appellants. Abram Kling, for respondent.

PER CURIAM. The order should be affirmed, with $10 costs and disbursements.